DEREK P. COLE, Bar No. 204250
dcole@colehuber.com
TYLER J. SHERMAN, Bar No. 343567
tsherman@colehuber.com
COLE HUBER LLP
2281 Lava Ridge Court, Suite 300
Roseville, California 95661
Telephone:    (916) 780-9009
Facsimile:     (916) 780-9050


LISA A. TRAVIS, Bar No. 184793
KELSEY D. JOHNSON, Bar No. 199946
COUNTY OF SACRAMENTO
700 H Street, Suite 2650
Sacramento, CA  95814
Telephone:  (916) 876-7139
Facsimile: (916) 874-8207
E-mail:  johnsonkel@saccounty.gov

Attorneys for Defendants County of Sacramento
and Sacramento Board of Appeals

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| WESTWOOD HOMES, INC. CURTIS WESTWOOD, Trustee of THE CURTIS AND DEBORAH WESTWOOD FAMILY TRUST; and DEBORAH WESTWOOD, Trustee of THE CURTIS AND DEBORAH WESTWOOD FAMILY TRUST,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY BOARD OF APPEALS; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:25-cv-01917-CKD<br><br>**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER (ECF NO. 15) TO EXTEND NON-EXPERT AND EXPERT DISCOVERY CUTOFFS; [PROPOSED] ORDER**<br><br>The Hon. Carolyn K. Delaney<br><br>Trial Date: Not yet set |

**STIPULATION TO EXTEND DISCOVERY DEADLINES**

Pursuant to Federal Rule of Civil Procedure 16(b)(5), the parties, through their respective counsel, submit this stipulation to extend the deadlines provided in the Court's Pretrial Scheduling Order dated September 30, 2025 ("Scheduling Order," ECF No. 15). A proposed order is attached as required under Local Rule 143(b).

Counsel for the respective parties have met and conferred and agree that limited requests for extension of some, *but not all*, of the deadlines stated in the Scheduling Order are warranted. Counsel collectively agree that additional time for non-expert and expert discovery in the light of (i) the nature of the claims and defenses involved in this case; (ii) the scheduling conflicts of some of the party witnesses if the current non-expert discovery deadline is enforced; and (iii) and the record-gathering time and needs the parties anticipate they will need to take to complete document productions in association with deposition and subpoena notices.

To these ends, the parties stipulate as follows:

1.    The Court previously set an non-expert cutoff date of **April 30, 2026**.

2.    The Court previously set an expert discovery cutoff date of **August 3, 2026**, with expert disclosures to occur by **June 1, 2026** and rebuttal disclosures to occur by **July 1, 2026**.

2.    The Court ordered filing of dispositive motions such that the Court could hear them by **October 7, 2026**.

4.    To provide the reasonable additional time needed to complete remaining discovery, the parties stipulate non-expert witness discovery shall be extended to and close on **June 5, 2026**, instead of April 30, 2026.

6.    The parties further stipulate that expert discovery shall be extended to and close on **September 4, 2026**, instead of August 3, 2026. The Parties agree they will disclose experts on **July 1, 2026** and disclose rebuttal expert witnesses on **August 3, 2026**.

7.    The parties additionally submit that "good cause" exists for this proposed modification of the scheduling order because at least two of the deponents are attorneys with pre-scheduled conflicts.

8.    The parties believe they can keep this action on pace, even with the above deadline

COLE HUBER LLP
2281 LAVA RIDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661

2

COLE HUBER LLP
2281 LAVA RIDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661

extensions, such that any dispositive motion(s) would still be heard by the original cutoff date. The parties do ***not*** request an extension of the motion cutoff, **October 7, 2026**. Should any party file a dispositive motion, the parties shall submit a Notice of Trial Readiness not later than 30 days following the receipt of the Court's ruling regarding the same. (Scheduling Order, 5:13-15.).

8.  Should neither party intend to file a dispositive motion, the parties shall submit a Notice of Trial Readiness 120 days after the close of discovery, including statements of intent to forego the filing of dispositive motions, as provided in the Scheduling Order (*id*. at 5:16-18).

SO STIPULATED.

Dated:  April 14, 2026                **COLE HUBER LLP**

By:  _____*/s/ Derek P. Cole*_____
Derek P. Cole
Tyler J. Sherman
Attorneys for Defendant
SACRAMENTO COUNTY and SACRAMENTO
COUNTY BOARD OF APPEALS

Dated:  April 14, 2026                **DOWNEY BRAND LLP**

By:  _____*/s/ Jamie P. Dreher*_____
Jamie P. Dreher
Jorge Gaitan
Attorneys for Plaintiffs
WESTWOOD HOMES, INC., a California
corporation; CURTIS WESTWOOD, Trustee of
THE CURTIS AND DEBORAH WESTWOOD
FAMILY TRUST; and DEBORAH
WESTWOOD, Trustee of THE CURTIS AND
DEBORAH WESTWOOD FAMILY TRUST,

**[PROPOSED] ORDER**

For good cause shown, considering the parties' stipulation, the Court modifies the schedule stated in its Pretrial Scheduling Order, dated September 30, 2025 ("Scheduling Order," ECF No. 15) as follows.

1.    The cutoff for non-expert discovery is extended to **June 5, 2026**.

2.    The cutoff for expert discovery is extended to **September 4, 2026**, with the parties' expert disclosures due by **June 1, 2026** and rebuttal disclosures due by **July 1, 2026**.

3.    All other deadlines, including the cutoff for dispositive motions, and all other requirements of the Court's Scheduling Order (ECF No. 15) shall remain the same.

IT IS SO ORDERED.

Dated: 04/17/26

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 west25cv1917.stip.dso

COLE HUBER LLP
2281 LAVA RIDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661