DEREK P. COLE, Bar No. 204250
dcole@colehuber.com
TYLER J. SHERMAN, Bar No. 343567
tsherman@colehuber.com
**COLE HUBER LLP**
2281 Lava Ridge Court, Suite 300
Roseville, California 95661
Telephone:    (916) 780-9009
Facsimile:    (916) 780-9050


LISA A. TRAVIS, Bar No. 184793
KELSEY D. JOHNSON, Bar No. 199946
COUNTY OF SACRAMENTO
700 H Street, Suite 2650
Sacramento, CA  95814
Telephone:  (916) 876-7139
Facsimile: (916) 874-8207
E-mail:  johnsonkel@saccounty.gov

Attorneys for Defendants County of Sacramento
and Sacramento Board of Appeals

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| WESTWOOD HOMES, INC. CURTIS WESTWOOD, Trustee of THE CURTIS AND DEBORAH WESTWOOD FAMILY TRUST; and DEBORAH WESTWOOD, Trustee of THE CURTIS AND DEBORAH WESTWOOD FAMILY TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SACRAMENTO; SACRAMENTO COUNTY BOARD OF APPEALS; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:25-cv-01917-CKD <br><br> **STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER (ECF NO. 15) AND AMENDMENT TO SCHEDULING ORDER (ECF NO. 23) TO CORRECT DATES FOR PARTIES' EXPERT WITNESS AND REBUTTAL DISCLOSURES** <br><br> The Hon. Carolyn K. Delaney <br><br> Trial Date:          Not yet set |

4918-0376-4644.1

## STIPULATION TO CORRECT DISCOVERY DEADLINES

Pursuant to Federal Rule of Civil Procedure 16(b)(5), the parties, through their respective counsel, submit this stipulation to correct inadvertent they dates included in the Order amending (ECF No. 23) the Court's Pretrial Scheduling Order dated September 30, 2025 ("Scheduling Order," ECF No. 15).  A proposed order is attached as required under Local Rule 143(b).

To this end, the parties stipulate as follows:

1.    The Court entered an Order amending certain deadlines in the Scheduling Order on April 17, 2026 ("Amendment to Scheduling Order," ECF No. 23.)

2.    In the stipulation attached to the Amendment to the Scheduling Order, the parties stipulated they will disclose experts on **July 1, 2026** and disclose rebuttal expert witnesses on **August 3, 2026**.

3.    Unfortunately, in the Proposed Order included with the Amendment to the Scheduling Order, the parties submitted that with the previous (and thus incorrect) expert disclosure dates (i.e., June 1, 2026 for disclosures and July 1, 2026 for rebuttals) rather than the dates to which they had stipulated.

4.    By this stipulation, the Parties reiterate their intention that expert disclosures be made on **July 1, 2026** and expert rebuttal disclosures be made on **August 3, 2026**.  The Proposed Order submitted with this Stipulation corrects the Amendment to Scheduling Order to authorize disclosures on these dates.

5.    The Parties submit this Stipulation and Proposed Order solely to correct the inadvertent statement of the incorrect expert disclosure dates in the Amendment to Scheduling Order.  Their intention is that all other dates established in that Amendment and the original Scheduling Order shall remain as ordered.

///

///

///

///

///

COLE HUBER LLP
2281 LAVA RIDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661

2

SO STIPULATED.

Dated:  April 23, 2026                    **COLE HUBER LLP**


By:      _/s/ Derek P. Cole_
Derek P. Cole
Attorneys for Defendant
SACRAMENTO COUNTY and SACRAMENTO
COUNTY BOARD OF APPEALS


Dated:  April 23, 2026                    **DOWNEY BRAND LLP**


By:      _/s/ Jamie P. Dreher_
Jamie P. Dreher
Jorge Gaitan
Attorneys for Plaintiffs
WESTWOOD HOMES, INC., a California
corporation; CURTIS WESTWOOD, Trustee of
THE CURTIS AND DEBORAH WESTWOOD
FAMILY TRUST; and DEBORAH
WESTWOOD, Trustee of THE CURTIS AND
DEBORAH WESTWOOD FAMILY TRUST,

3

## [PROPOSED] ORDER

For good cause shown, considering the parties' stipulation, the Court modifies the schedule stated in its Pretrial Scheduling Order, dated September 30, 2025 ("Scheduling Order," ECF No. 15), as amended by its Order amending the Pretrial Scheduling Order, dated April 17, 2026 (ECF No. 23), as follows.

1. The parties' expert disclosures are due by **July 1, 2026** and rebuttal disclosures due by **August 3, 2026**.

3. All other deadlines and all other requirements of the Court's Scheduling Order and amendment to that Order (ECF Nos. 15, 23) shall remain the same.

IT IS SO ORDERED.

Dated:  April 27, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 west25cv1917.stip.corr

COLE HUBER LLP
2281 LAVA RIDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661

COLE HUBER LLP
2281 LAVA RIDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661