DEREK P. COLE, Bar No. 204250
dcole@colehuber.com
TYLER J. SHERMAN, Bar No. 343567
tsherman@colehuber.com
**COLE HUBER LLP**
2281 Lava Ridge Court, Suite 300
Roseville, California 95661
Telephone: (916) 780-9009
Facsimile: (916) 780-9050

LISA A. TRAVIS, Bar No. 184793
KELSEY D. JOHNSON, Bar No. 199946
COUNTY OF SACRAMENTO
700 H Street, Suite 2650
Sacramento, CA 95814
Telephone: (916) 876-7139
Facsimile: (916) 874-8207
E-mail: johnsonkel@saccounty.gov

Attorneys for Defendants County of Sacramento
and Sacramento Board of Appeals

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| WESTWOOD HOMES, INC. CURTIS WESTWOOD, Trustee of THE CURTIS AND DEBORAH WESTWOOD FAMILY TRUST; and DEBORAH WESTWOOD, Trustee of THE CURTIS AND DEBORAH WESTWOOD FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY BOARD OF APPEALS; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01917-CKD<br><br>**STIPULATION FOR DEVIATION FROM LOCAL RULE 230 IN THE SETTING OF BRIEFING AND HEARING DEADLINES FOR THE PARTIES' INTENDED MOTIONS FOR SUMMARY JUDGMENT OR ADJUDICATION; ~~[PROPOSED]~~ ORDER**<br><br>The Hon. Carolyn K. Delaney<br><br>Trial Date: Not yet set |

COLE HUBER LLP
2281 LAVA RIDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661

**STIPULATION**

The parties, through their respective counsel, stipulate as follows:

1. In this action, removed from the Sacramento Superior Court, the plaintiffs allege the defendants have violated the plaintiffs' rights to substantive due process and equal protection and have effected a taking of plaintiffs' property.

2. The parties have completed fact discovery and, because neither party disclosed expert witnesses per Fed. R. Civ. Proc. 26(f), the parties have effectively completed all discovery at this juncture.

3. Mindful of the Pretrial Scheduling Order's admonition that parties should present legal issues by motion, as opposed to motions in limine before trial (Pretrial Scheduling Order, 4:26-5:8), the parties intend to file motions for summary judgment or adjudication. They believe some or all claims and defenses raise issues that may be susceptible to court determination. They thus wish to cooperate to present the grounds for their respective motions to allow the Court to determine any issues that should be tried to a jury.

4. Based on their understandings of the legal and factual issues and the evidence that applies to their respective claims and defenses, the parties believe the usual timeframes Local Rule 230(c) and (d) provides for their oppositions and replies would not provide sufficient time to fully and meaningfully prepare their opposition and reply memoranda.

5. The Court's Pretrial Scheduling Order in this action (ECF 15), as modified per the parties' stipulations (ECF 23, 25), sets October 7, 2026 as the date to complete law and motion in this action. As of the filing of this Stipulation, October 7, 2026 was identified on the Court's website as an available law and motion hearing date for Magistrate Delaney.

6. Working with **October 7, 2026** as a hearing date for their respective motions, the Parties stipulate to an alternative briefing schedule, and request deviation from the deadlines provided in Local Rule 230, as follows:

A. Last day to file motions and moving papers: **August 17, 2026**;

B. Last day to file oppositions and supporting papers: **September 14, 2026**; and

C. Last day to file replies: **September 28, 2026.**

7. Should the Court desire the case be fully briefed more than the days remaining from the reply deadline, as proposed, the parties would not oppose the Court scheduling the hearing of the motions on an available hearing date after October 7, 2026, recognizing that this would extend the hearing beyond the final date provided in the Pretrial Scheduling Order.

SO STIPULATED.

Dated: July 22, 2026

**COLE HUBER LLP**

By: */s/ Derek P. Cole*
Derek P. Cole
Attorneys for Defendant
SACRAMENTO COUNTY and SACRAMENTO COUNTY BOARD OF APPEALS

Dated: July 22, 2026

**DOWNEY BRAND LLP**

By: */s/ Jamie P. Dreher*
Jamie P. Dreher
Jorge Gaitan
Attorneys for Plaintiffs
WESTWOOD HOMES, INC., a California corporation; CURTIS WESTWOOD, Trustee of THE CURTIS AND DEBORAH WESTWOOD FAMILY TRUST; and DEBORAH WESTWOOD, Trustee of THE CURTIS AND DEBORAH WESTWOOD FAMILY TRUST,

COLE HUBER LLP
2281 LAVA RIDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661

COLE HUBER LLP
2281 LAVA RIDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661

**~~[PROPOSED]~~ ORDER**

The Court GRANTS the parties' stipulation to deviate from the briefing deadlines provided in Local Rule 230. The Parties shall file their respective moving, opposition, and reply papers in support of their motions for summary judgment or adjudication as follows:

1. Last day to file motions and moving papers: **August 17, 2026**;
2. Last day to file oppositions and supporting papers: **September 14, 2026**; and
3. Last day to file replies: **September 18, 2026.**

The motions shall be set for hearing on **October 28, 2026,** at 10:00 a.m.

Dated: July 28, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 west25cv1917.stip.msj