DEREK P. COLE, Bar No. 204250
dcole@colehuber.com
TYLER J. SHERMAN, Bar No. 343567
tsherman@colehuber.com
**COLE HUBER LLP**
2281 Lava Ridge Court, Suite 300
Roseville, California 95661
Telephone: (916) 780-9009
Facsimile: (916) 780-9050

LISA A. TRAVIS, Bar No. 184793
KELSEY D. JOHNSON, Bar No. 199946
COUNTY OF SACRAMENTO
700 H Street, Suite 2650
Sacramento, CA 95814
Telephone: (916) 876-7139
Facsimile: (916) 874-8207
E-mail: johnsonkel@saccounty.gov

Attorneys for Defendants County of Sacramento and Sacramento Board of Appeals

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| WESTWOOD HOMES, INC. CURTIS WESTWOOD, Trustee of THE CURTIS AND DEBORAH WESTWOOD FAMILY TRUST; and DEBORAH WESTWOOD, Trustee of THE CURTIS AND DEBORAH WESTWOOD FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY BOARD OF APPEALS; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01917-CKD<br><br>**STIPULATION CLARIFYING REPLY DEADLINE REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR ADJUDICATION; ~~[PROPOSED]~~ ORDER**<br><br>The Hon. Carolyn K. Delaney<br><br>Trial Date: Not yet set |

COLE HUBER LLP
2281 LAVA RIDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661

**STIPULATION**

The parties, through their respective counsel, stipulate as follows:

1. In ECF No. 26, the parties stipulated to a hearing and briefing schedule on their then intended motions for summary judgment as follows:

A. Last day to file motions and moving papers: **August 17, 2026**;

B. Last day to file oppositions and supporting papers: **September 14, 2026**; and

C. Last day to file replies: **September 28, 2026.**

2. In accordance with the previous stipulation, the Defendants filed a motion for summary judgment and the Plaintiffs have filed their opposition in accordance with the above schedule. (*See* ECF Nos. 28, 33.)

3. Due to an error by the principal drafter of the previous stipulation (the Defendants' counsel, Derek Cole), an incorrect date for the replies was listed in the Order approving the parties' stipulation as "September 18" rather than "September 28." The Order the Court entered as ECF No. 30 therefore identified September 18 as the reply due date.

4. By this further stipulation, the parties agree the County may file its reply in support of its motion for summary judgment on September 28, as the parties previously stipulated.

5. The parties do not seek to change the hearing date the Court assigned for the motion, October 28, 2026.

SO STIPULATED.

Dated: September 21, 2026 **COLE HUBER LLP**

By: */s/ Derek P. Cole*
Derek P. Cole
Attorneys for Defendant
SACRAMENTO COUNTY and SACRAMENTO COUNTY BOARD OF APPEALS

Dated: September 21, 2026

**DOWNEY BRAND LLP**

By: */s/ Bradley C. Carroll*

Bradley C. Carroll
Jorge Gaitan
Attorneys for Plaintiffs
WESTWOOD HOMES, INC., a California corporation; CURTIS WESTWOOD, Trustee of THE CURTIS AND DEBORAH WESTWOOD FAMILY TRUST; and DEBORAH WESTWOOD, Trustee of THE CURTIS AND DEBORAH WESTWOOD FAMILY TRUST,

COLE HUBER LLP
2281 LAVA RIDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661

COLE HUBER LLP
2281 LAVA RIDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661

**ORDER**

The Court GRANTS the parties' stipulation to identify **September 28, 2026** as the deadline for the Defendants' Reply in Support of their Motion for Summary Judgment. The hearing on that motion remains set for October 28, 2026, at 10:00 a.m.

Dated: September 22, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 west1917.stip.rep